UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Joy D. Duvall,

    Plaintiff,

        v.                              Case No. 1:17cv738

Commissioner of Social Security,        Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on December 27, 2018 (Doc. 16).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 16) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 16) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, the decision by the Commissioner is **AFFIRMED** and this matter is closed.

    **IT IS SO ORDERED.**

                                            *s/Michael R. Barrett*
                                            Michael R. Barrett, Judge
                                            United States District Court